**CLIFTON BUDD & DeMARIA, LLP**
*Attorneys for Defendants*
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
212-687-7410

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
:
JESUS M. CHAVEZ and NEBIL CONDE :
MEDRANO, :
: No. 22-cv-01551-JMA-SIL
:
Plaintiffs, :
: **DEFENDANT'S**
-against- : **CORPORATE DISCLOSURE**
: **STATEMENT**
:
SYOSSET PIZZA INC. d/b/a MARIO'S :
PIZZERIA, JERRY SPANOS, and :
PETER SPANOS, :
:
Defendants. :
---------------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant SYOSSET PIZZA INC. d/b/a MARIO'S PIZZERIA certifies that there are no corporate parents, subsidiaries, and/or affiliates of Defendant that are publicly held.

Dated: June 17, 2022
    New York, New York

                                                                   Respectfully submitted,

                                                                   CLIFTON BUDD & DeMARIA, LLP
                                                                   *Attorneys for Defendants*

                                                                   By: _____
                                                                   Ian-Paul A. Poulos
                                                                  The Empire State Building
                                                                  350 Fifth Avenue, 61st Floor
                                                                  New York, New York 10118
                                                                  (212) 687-7410