UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JESUS M. CHAVEZ and NEBIL CONDE MEDRANO,

        Plaintiff,

-against-

SYOSSET PIZZA INC. d/b/a MARIO'S PIZZERIA, JERRY SPANOS, and PETER SPANOS,

        Defendants.

------------------------------------------------------------X

22-cv-01551 (JMA)(SIL)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Kindly enter my appearance as counsel for Plaintiffs. I certify that I am admitted to practice law in the Eastern District of New York.

Date:   Massapequa, New York
        October 4, 2022

                              THE NHG LAW GROUP, P.C.

                              *Victoria Spagnolo*
                              Victoria Spagnolo, Esq.
                              *Attorneys for the Plaintiffs*
                              4242 Merrick Road
                              Massapequa, New York 11758
                              Tel: 516.228.5100
                              vspagnolo@nhglaw.com